GREGORY C. LOARIE (CA Bar No. 215859)
MARIE E. LOGAN (CA Bar No. 308228)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T:  (415) 217-2000 • F: (415) 217-2040
E:  gloarie@earthjustice.org
    mlogan@earthjustice.org

*Additional Counsel of Record
Listed in Signature Block*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR FOOD SAFETY,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT; RYAN ZINKE, Secretary of Interior; BRIAN STEED, Acting Director, Bureau of Land Mgmt.; JEROME PEREZ, California Director, Bureau of Land Mgmt.; BETH RANSEL, District Manager, California Desert District Office, Bureau of Land Mgmt.; KATRINA SYMONS, Manger, Barstow Field Office, Bureau of Land Mgmt.,<br><br>　　　　Defendants. | Civ. No. 2:17-cv-08587-GW-AS<br><br>**PROOF OF SERVICE** |

　　　I am a citizen of the United States of America and a resident of the City and County of San Francisco; I am over the age of 18 years and not a party to the within entitled action; my business address is 50 California Street, Suite 500, San Francisco, California.

　　　I hereby certify that on November 30, 2017, I served by U.S. Certified Mail in accordance with F.R.Civ.P. 4(i) *et seq.* one true copy of the following documents:

- Summons in a Civil Action;

1
PROOF OF SERVICE

1. • Complaint for Declaratory and Injunctive Relief;
2. • Notice of Interested Parties;
3. • Notice of Assignment to United States Judges; and
4. • Notice to Parties of Court-Directed ADR Program

on the parties listed below:

U.S. Bureau of Land Management
1849 C Street, N.W., Room 5665
Washington, DC  20240

Ryan Zinke, U.S. Secretary of Interior
U.S. Department of the Interior
1849 C Street, N.W.

Brian Steed, Acting Director
U.S. Bureau of Land Management
1849 C Street, N.W., Room 5665
Washington, DC  20240

Jerome Perez, California Director
U.S. Bureau of Land Management
2800 Cottage Way, Suite W1623
Sacramento, CA  95825

Beth Ransel, Manager
California Desert District Office
Bureau of Land Management
22835 Calle San Juan De Los Lagos
Moreno Valley, CA  92553

Katrina Symons, Manger
Barstow Field Office
Bureau of Land Management
2601 Barstow Road
Barstow, CA  92311

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Sandra Brown
Acting U.S. Attorney
312 North Spring St., Ste 1200
Los Angeles, CA  90012

Additionally, on December 11, 2017, I sent the above-named documents by U.S. Certified Mail to the Civil Process Clerk, Office of the United States Attorney, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012. Copies of the Certified Mail receipts and delivery confirmations are attached.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2017 in San Francisco, California.

_____
John W. Wall

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sandra Brown
   Acting U.S. Attorney
   312 North Spring St., Ste 1200
   Los Angeles, CA  90012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): FRANK B. KAWANO
C. Date of Delivery: 12/4

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 0600 0001 4998 9225

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.92 |

Postmark Here: 11-30-17

Sent To: Sandra Brown
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4:

Article Number: 7013 0600 0001 4998 9225

PS Form 3800, August 2006     See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Beth Ransel, Manager
BLM Calif. Desert District Office
22835 Calle San Juan De Los Lagos
Moreno Valley, CA  92553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
C. Date of Delivery
12/4/17

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7013 0600 0001 4998 9195

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.92 |

Postmark Here
11-30-17

Sent To: Beth Ransel
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7013 0600 0001 4998 9195

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jerome Perez, California Director
U.S. Bureau of Land Management
2800 Cottage Way, Suite W1623
Sacramento, CA 95825

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _L. Chisolm_  ☐ Agent ☐ Addressee

B. Received by (Printed Name): L. Chisolm
C. Date of Delivery: 12/5/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 0600 0001 4998 9188

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.92 |

Postmark Here
11-30-17

Sent To: Jerome Perez
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Article Number: 7013 0600 0001 4998 9188

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Katrina Symons, Manger
   BLM Barstow Field Office
   2601 Barstow Road
   Barstow, CA  92311

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Aubrey J Reynolds_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): AUBREY J. REYNOLDS
C. Date of Delivery: 12/4/2017

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 0600 0001 4998 9201

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 7.92

Postmark Here: 11-30-17

Sent To: Katrina Symons
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4:

7013 0600 0001 4998 9201

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Erly Ause_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   DEC 07 '17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7013 0600 0001 4998 9218

PS Form 3811 February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.92 |

Postmark Here
11-30-17

Sent To: U.S. Atty. General
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Article Number: 7013 0600 0001 4998 9218

PS Form 3800, August 2006    See Reverse for Instructions

**Receipt 1** (7013 0600 0001 4998 9171)
- Total Postage & Fees: $7.92
- Postmark: 11-30-17
- Sent To: Brian Steed

**Receipt 2** (7013 0600 0001 4998 9164)
- Total Postage & Fees: $7.92
- Postmark: 11-30-17
- Sent To: Ryan Zinke

**Receipt 3** (7013 0600 0001 4998 9232)
- Total Postage & Fees: $7.92
- Postmark: 12-11-17
- Sent To: Civil Process Clerk

**Receipt 4** (7013 0600 0001 4998 9157)
- Total Postage & Fees: $7.92
- Postmark: 11-30-17
- Sent To: U.S. BLM

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70130600000149989164

Expected Delivery on

**WEDNESDAY**
**6** DECEMBER 2017 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

December 6, 2017 at 11:31 am
DELIVERED, LEFT WITH INDIVIDUAL
WASHINGTON, DC 20240

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

Remove X

**Tracking Number:** 70130600000149989171

**Expected Delivery on**

# WEDNESDAY

# 6
DECEMBER 2017 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

December 6, 2017 at 11:31 am
DELIVERED, LEFT WITH INDIVIDUAL
WASHINGTON, DC 20240

Get Updates ⌄

See More ⌄

**Tracking Number:** 70130600000149989157   Remove ✕

**Expected Delivery on**

# WEDNESDAY

# 6
DECEMBER 2017 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

December 6, 2017 at 11:31 am
DELIVERED, LEFT WITH INDIVIDUAL
WASHINGTON, DC 20240

Get Updates ⌄

See More ⌄

**Tracking Number:** 70130600000149989232

Remove ✕

Your item has been delivered to the mail room at 12:30 pm on December 14, 2017 in LOS ANGELES, CA 90012.



# Delivered

December 14, 2017 at 12:30 pm
DELIVERED, TO MAIL ROOM
LOS ANGELES, CA 90012

Get Updates ⌄

See More ⌄

## Can't find what you're looking for?

Go to our **FAQs (http://faq.usps.com/?articleId=220900)** section to find answers to your tracking questions.

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to: