# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-8587-GW(ASx) | Date | March 5, 2018 |
|---|---|---|---|
| Title | *Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:      IN CHAMBERS - COURT ORDER**


On February 28, 2018, Plaintiffs filed a First Amended Complaint.  In light of that filing, the Operative Complaint is no longer the original complaint. As such, the Court vacates FEDERAL DEFENDANTS' MOTION TO DISMISS [16], Filed on February 19, 2018, and set for April 19, 2018.


:

Initials of Preparer   JG