GREGORY C. LOARIE (CA Bar No. 215859)
MARIE E. LOGAN (CA Bar No. 308228)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T:  (415) 217-2000 • F: (415) 217-2040
E:  gloarie@earthjustice.org
     mlogan@earthjustice.org

(*Additional Counsel for Plaintiffs Listed in Signature Block*)

IN UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR FOOD SAFETY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>U.S. BUREAU OF LAND MGMT., et al.,<br><br>　　　　Defendants,<br><br>　　and<br><br>CADIZ, INC. and CADIZ REAL ESTATE LLC<br><br>　　　　Proposed Defendant-Intervenors. | Civ. No.2:17-cv-08587<br><br>**JOINT RULE 26(f) REPORT** |

Pursuant to the Court's September 3, 2015, Order Setting Scheduling Conference (ECF Doc. 36) and Civil Local Rule 26-1, Plaintiffs Center for Biological Diversity and Center for Food Safety (collectively, the "Centers"), Defendants U.S. Bureau of Land Management, *et al*. (collectively, "BLM"), and Proposed Defendant-Intervenors Cadiz, Inc. and Cadiz Real Estate LLC (collectively, "Cadiz"), have conferred and submit the following Joint Rule 26(f) Report.

　　**a.**　**Statement of the Case**

This lawsuit challenges an "administrative determination" issued by BLM on October 13, 2017.  Therein, BLM concludes that Cadiz's plan to construct and operate

a water pipeline within railroad rights-of-way that transect federal public land in the Mojave Desert "falls within the scope of rights granted to the Arizona and California Railroad (ARZC) under the General Railroad Right-of-Way Act of March 3, 1875 . . . and therefore does not require authorization by BLM."

By order dated June 8, 2018 (ECF Doc. 31), this Court denied BLM's motion to dismiss the Centers' first amended complaint. BLM filed its answer on July 9, 2018 (ECF Doc. 35). A motion to intervene, filed by Cadiz on July 20, 2018 (ECF Doc. 37), is scheduled for a hearing before this Court on August 27, 2018.

### b.   Discovery Plan

The parties anticipate this case will be resolved via cross-motions for summary judgment based on the facts set forth in the administrative record underlying BLM's determination and will not require discovery. *See Karuk Tribe of Cal. v. U.S. Forest Serv.*, 681 F.3d 1006, 1017 (9th Cir. 2012) (*en banc*) ("Because this is a record review case, we may direct that summary judgment be granted to either party based upon our review of the administrative record."). BLM anticipates certifying and lodging the administrative record underlying the October 13, 2017 determination at issue in this case on or shortly after August 31, 2018.

### c.   Complex Cases

The parties do not anticipate the procedures set forth in the Manual For Complex Litigation being of assistance in this case.

### d.   Motion Schedule

The parties have conferred regarding a schedule for briefing and hearing cross-motions for summary judgment. However, on August 15, 2018, this Court issued an initial scheduling order in a recently transferred and related case, *Nat'l Parks Cons. Ass'n v. Zinke*, No. CV 18-6775-GW(ASx) (C.D.Cal.) ("*NPCA*"), that also challenges the October 13, 2017, BLM determination at issue here. Undersigned counsel for BLM is also counsel of record for the federal defendants in *NPCA,* but the parties in this case have not yet conferred with plaintiff's counsel in *NPCA*.

The parties agree that the present case and *NPCA* are related, and that the two cases should be appropriately coordinated in the interest of judicial efficiency. The parties are informed that counsel for the plaintiff in *NPCA* is returning from vacation on August 20, and the parties in this case will endeavor to confer with counsel in *NPCA* prior to the August 27, 2018 scheduling conference in this case regarding a proposed schedule for resolving both cases.

The parties recognize that the Court has set a Scheduling Conference in *NPCA* for September 27, 2018 at 8:30 a.m. *See* August 15, 2018, Minute Order, *NPCA*, (ECF Doc. 22). Undersigned lead counsel for the Centers, Gregory Loarie, notes that he will be travelling to his organization's annual meeting in Colorado during the week of September 24 and would not be available to attend the September 27, 2018, scheduling conference in *NPCA*. BLM suggests that the scheduling conference in this case be postponed until all counsel in the two cases have had the opportunity to discuss and propose a schedule for resolving the two cases.

e. **ADR**

The parties do not believe this case is amenable to settlement or appropriate for alternative dispute resolution at this time. The parties have not exchanged written communications regarding settlement. Were this case submitted to the ADR program, the parties recommend a settlement conference before Judge Wu, the district judge assigned to this case, under Local Rule 16-15.4 ADR Procedure No. (1).

f. **Trial Estimate**

The parties anticipate this case will be resolved via cross-motions for summary judgment without a trial.

g. **Additional Parties**

A motion to intervene as defendants filed by Cadiz on July 20, 2018 (ECF Doc. 37), is scheduled for a hearing before this Court on August 27, 2018 at 8:30 a.m. Cadiz is willing to continue its motion hearing to coincide with the parties' scheduling conference for the convenience of the Court in the event this Court continues the

Joint Rule 26(f) Report – Case No. 2:17-cv-08587

parties' initial conference. BLM also would not be opposed to continuing the motion hearing to coincide with a scheduling conference.

**h.  Expert Witnesses**

The parties do not anticipate this case will involve expert witnesses.

Respectfully submitted,

Dated: August 20, 2018

/s/ Gregory C. Loarie
GREGORY C. LOARIE (CA Bar No. 215859)
MARIE E. LOGAN (CA Bar No. 308228)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 • F: (415) 217-2040
E: gloarie@earthjustice.org
   mlogan@earthjustice.org

*Lead Counsel for All Plaintiffs*

LISA T. BELENKY (CA Bar No. 203225)
ARUNA M. PRABHALA (CA Bar No. 278865)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway Street, Suite 800
Oakland, CA 94612
T: (510) 844-7100 • F: (510) 844-7150
E: lbelenky@biologicaldiversity.org
   aprabhala@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

ADAM F. KEATS (CA Bar No. 191157)
CENTER FOR FOOD SAFETY
303 Sacramento Street, Floor 2
San Francisco, CA 94111
T: (415) 826-2770 • F: (415) 826-0507
E: akeats@centerforfoodsafety.org

*Counsel for Plaintiff Center for Food Safety*

JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

| | |
|---|---|
| Dated: August 20, 2018 | /s/ Luther L. Hajek <br> LUTHER L. HAJEK <br> U.S. Department of Justice <br> Environment & Natural Resources Division <br> Natural Resources Section <br> 999 18th Street, South Terrace, Suite 370 <br> Denver, CO 80202 <br> Tel.: (303) 844-1376 <br> Fax: (303) 844-1350 <br> E-mail: luke.hajek@usdoj.gov <br><br> *Counsel for Defendants* <br><br> BROWNSTEIN HYATT FARBER SCHRECK, LLP <br> LAWRENCE J. JENSEN (*Pro Hac Vice pending*) <br> ljensen@bhfs.com |
| Dated: August 20, 2018 | /s/ Diane C. De Felice <br> DIANE C. DE FELICE (SBN: 149021) <br> ddefelice@bhfs.com <br> CHRISTOPHER R. GUILLEN (SBN: 299132) <br> cguillen@bhfs.com <br> 2049 Century Park East, Suite 3550 <br> Los Angeles, CA 90067 <br> Telephone: 310.500.4600 <br> Facsimile: 310.500.4602 <br><br> *Counsel for Proposed Defendant-Intervenors* <br> *Cadiz, Inc. and Cadiz Real Estate LLC* |

**DECLARATION OF GREGORY C. LOARIE**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that I obtained concurrence in the filing of this stipulation from the other signatory.

Dated:  August 20, 2018         /s/ Gregory C. Loarie
                                          GREGORY C. LOARIE