GREGORY C. LOARIE (CA Bar No. 215859)
MARIE E. LOGAN (CA Bar No. 308228)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 • F: (415) 217-2040
E: gloarie@earthjustice.org
   mlogan@earthjustice.org

*Additional Counsel for Plaintiffs*
*Listed in Signature Block*

IN UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR FOOD SAFETY, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BUREAU OF LAND MGMT., et al., <br><br> Defendants, <br><br> and <br><br> CADIZ, INC., et al. <br><br> Defendant-Intervenors. | Case No. 2:17-cv-08587-GW-AS <br><br> (Consolidated with Case No. 2:18-cv-06775-GW-AS) <br><br> **NOTICE OF MOTION** <br><br> **and** <br><br> **MOTION FOR SUMMARY JUDGMENT** <br><br> Date: June 20, 2019 <br> Time: 8:30 a.m. <br> Judge: Hon. George H. Wu <br> Place: Courtroom 9D |

## NOTICE OF MOTION

To all parties and their counsel of record:  Please take notice that on June 20, 2019 at 8:30 a.m., or as soon thereafter as counsel may be heard before the Hon. George H. Wu in U.S. District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California, 90012, plaintiffs Center for Biological Diversity and Center for Food Safety (collectively, the "Centers") will, and hereby do, move for summary judgment in the above-captioned case.

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and this Court's February 15, 2019 Order Approving Joint Stipulated Briefing Schedule (ECF No. 65), the Centers move for summary judgment in this case challenging defendants' October 13, 2017 determination regarding the Cadiz project.  The Centers' motion is based upon the Memorandum in Support of Plaintiffs' Motion for Summary Judgment, the Declarations of Ileene Anderson, Maria Juur, and Marie Logan, and the Request for Judicial Notice filed herewith; the revised administrative record filed by defendants on October 10, 2018 (ECF No. 52), as supplemented by defendants on March 18, 2019 (ECF No. 66); and this Court's June 8, 2018 Final Ruling on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 31).  Pursuant to Local Civil Rule 56-1, the Centers are also filing herewith a Proposed Judgment and a Statement of Uncontroverted Facts and Conclusions of Law.

As set forth in detail in the accompanying Memorandum in Support of Plaintiffs' Motion for Summary Judgment, the Centers are entitled to summary judgment.  There is no dispute as to the material facts contained in defendants' revised administrative record, and those facts demonstrate defendants' October 13, 2017 determination regarding the Cadiz project is arbitrary, capricious, and contrary to law. The Centers are therefore entitled to judgment as a matter of law, and defendants' October 13, 2017 determination must be set aside.  *See* 5 U.S.C. § 706.

Respectfully submitted,

Dated: April 5, 2019

 /s/ Gregory C. Loarie
GREGORY C. LOARIE (CA Bar No. 215859)
MARIE E. LOGAN (CA Bar No. 308228)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T:  (415) 217-2000 • F: (415) 217-2040
E:  gloarie@earthjustice.org
      mlogan@earthjustice.org

*Lead Counsel for All Plaintiffs*

LISA T. BELENKY (CA Bar No. 203225)
ARUNA M. PRABHALA (CA Bar No. 278865)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway Street, Suite 800
Oakland, CA 94612
T:  (510) 844-7100 • F: (510) 844-7150
E:  lbelenky@biologicaldiversity.org
     aprabhala@biologicaldiversity.org

*Counsel for Plaintiff*
*Center for Biological Diversity*

ADAM F. KEATS (CA Bar No. 191157)
CENTER FOR FOOD SAFETY
303 Sacramento Street, Floor 2
San Francisco, CA 94111
T:  (415) 826-2770 • F: (415) 826-0507
E:  akeats@centerforfoodsafety.org

*Counsel for Plaintiff*
*Center for Food Safety*

Notice of Motion & Motion for Summary Judgment – Case No. 2:17-cv-08587