GREGORY C. LOARIE (CA Bar No. 215859)
MARIE E. LOGAN (CA Bar No. 308228)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 • F: (415) 217-2040
E: gloarie@earthjustice.org • mlogan@earthjustice.org

LISA T. BELENKY (CA Bar No. 203225)
ARUNA M. PRABHALA (CA Bar No. 278865)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway Street, Suite 800
Oakland, CA 94612
T: (510) 844-7100 • F: (510) 844-7150
E: lbelenky@biologicaldiversity.org • aprabhala@biologicaldiversity.org

ADAM F. KEATS (CA Bar No. 191157)
CENTER FOR FOOD SAFETY
303 Sacramento Street, Floor 2
San Francisco, CA 94111
T: (415) 826-2770 • F: (415) 826-0507
E: akeats@centerforfoodsafety.org

*Counsel for Plaintiffs*

## IN UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR FOOD SAFETY, | Case No. CV 17-8587-GW-ASx |
| Plaintiffs, | (Consolidated with Case No. 2:18-cv-06775-GW-AS) |
| vs. | **JUDGMENT** |
| U.S. BUREAU OF LAND MGMT., et al., | |
| Defendants, | |
| and | |
| CADIZ, INC., et al., | |
| Defendant-Intervenors. | |

# JUDGMENT

Judgement is hereby entered in favor of Plaintiffs Center for Biological Diversity and Center for Food Safety and against Defendants U.S. Bureau of Land Management et al. and Defendant-Intervenors Cadiz, Inc. et al. in accordance with the Court's June 20, 2019 final ruling on the parties' cross-motions for summary judgment. ECF No. 75. Defendants' October 13, 2017 determination regarding the Cadiz pipeline is hereby set aside and remanded to Defendants. *See* 5 U.S.C. § 706. The Court shall retain jurisdiction to resolve any motion for attorneys' fees and costs.

Dated: June 30, 2019

HON. GEORGE H. WU
U.S. DISTRICT COURT JUDGE