GREGORY C. LOARIE (CA Bar No. 215859)
MARIE E. LOGAN (CA Bar No. 308228)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 • F: (415) 217-2040
E: gloarie@earthjustice.org • mlogan@earthjustice.org

LISA T. BELENKY (CA Bar No. 203225)
ARUNA M. PRABHALA (CA Bar No. 278865)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway Street, Suite 800
Oakland, CA 94612
T: (510) 844-7100 • F: (510) 844-7150
E: lbelenky@biologicaldiversity.org • aprabhala@biologicaldiversity.org

ADAM F. KEATS (CA Bar No. 191157)
CENTER FOR FOOD SAFETY
303 Sacramento Street, Floor 2
San Francisco, CA 94111
T: (415) 826-2770 • F: (415) 826-0507
E: akeats@centerforfoodsafety.org

*Counsel for Plaintiffs*

IN UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR FOOD SAFETY, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BUREAU OF LAND MGMT., *et al.*, <br><br> Defendants, <br><br> and <br><br> CADIZ, INC., *et al.* <br><br> Defendant-Intervenors. | Case No. 2:17-cv-08587-GW-AS <br><br> (Consolidated with Case No. 2:18-cv-06775-GW-AS) <br><br> **DECLARATION OF GREGORY C. LOARIE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES** <br><br> Date: December 5, 2019 <br> Time: 8:30 a.m. <br> Judge: Hon. George H. Wu <br> Place: Courtroom 9D |

I, Gregory C. Loarie, declare as follows:

1.      I submit this declaration in support of the plaintiffs' motion for attorneys' fees and other expenses in the above-captioned case.  The facts set forth below are based on my personal knowledge.  If called as a witness in these proceedings, I could and would testify competently to these facts.

2.      I am an attorney in the California Office of Earthjustice and counsel of record for plaintiffs Center for Biological Diversity and Center for Food Safety (collectively, the "Centers") in the above-captioned case.  I served as lead counsel for the Centers in this case, acting as the primary contact in communications with opposing counsel, developing legal arguments, drafting the Centers' pleadings, briefing, and other papers, coordinating and supervising the work of my co-counsel, and appearing at all hearings before the Court.

3.      I received my undergraduate degree from the University of California at San Diego in 1997 and attended law school at University of California, Hastings College of the Law.  I received a juris doctorate in 2001 and took and passed the California Bar Examination upon graduation from law school.  I was admitted to the California bar in December 2001.  I am admitted to and have practiced before the United States Court of Appeals for the Ninth Circuit, the United States District Courts for the Northern, Eastern and Central Districts of California, and the courts of the State of California.  I have never have been suspended or disbarred by any court.

4.      I began my legal career at the California office of Earthjustice as a summer law clerk following my second year of law school.  I continued to work at Earthjustice part-time as a law clerk throughout my third year, during which time the organization offered me, and I accepted, a position as an associate attorney to begin the following fall.  My tenure as an associate attorney at Earthjustice lasted from 2001 until 2004, at which point I accepted a permanent position as a staff attorney, which is the equivalent to a partner position at a for-profit law firm.  I remain a staff attorney at Earthjustice today.

5.     Earthjustice is a nonprofit public interest law firm, incorporated in the State of California in 1971 under the name Sierra Club Legal Defense Fund. Earthjustice is headquartered in San Francisco and has regional offices in cities throughout the United States.  Earthjustice lawyers practice environmental law almost exclusively, representing an array of neighborhood and community groups as well as local and national organizations on issues involving resource conservation and public health.  Our attorneys have litigated numerous landmark cases in environmental law, from *Sierra Club v. Morton*, 405 U.S. 727 (1972), to *Massachusetts v. Envt'l Prot. Agency*, 549 U.S. 497 (2007).

6.     Earthjustice does not charge its clients for the legal services it provides. Our clients are responsible only for the out-of-pocket expenses incurred by Earthjustice in connection with our representation.  No other entity has paid any fees or costs to Earthjustice in this case.

7.     Over my nineteen years at Earthjustice, I have worked exclusively on environmental litigation.  I have served as counsel of record in numerous cases brought by public interest organizations to enforce federal environmental statutes and regulations.  A representative list of such cases includes:

- *Ctr. for Biological Diversity v. U.S. Fish & Wildlife Serv.*, 342 F. Supp. 3d 968 (N.D. Cal. 2018);

- *Ctr. for Biological Diversity v. U.S. Fish & Wildlife Serv.*, 246 F. Supp. 3d 1272 (N.D. Cal. 2017);

- *ForestWatch v. U.S. Bureau of Land Mgmt.*, No. 15-4378 MWF, 2016 WL 5172009 (C.D. Cal. Sept. 6, 2016);

- *Friends of Tahoe Forest Access v. U.S. Dept. of Agric.*, 641 Fed. Appx. 741 (9th Cir. 2016);

- *Pollinator Stewardship Council v. Envtl. Prot. Agency*, 806 F.3d 520, 522 (9th Cir. 2015);

- *Cent. Sierra Envtl. Res. Ctr. v. U.S. Forest Serv.*, 916 F. Supp. 2d 1078, (E.D. Cal. 2013);

- *Hazel Green Ranch, LLC v. Dept. of Interior*, 490 Fed. Appx. 880 (9th Cir. 2012);

- *Sierra Forest Legacy v. Sherman*, 646 F.3d 1161 (9th Cir. 2011);

- *Ctr. for Food Safety v. Vilsack*, 734 F. Supp. 2d 948, 949 (N.D. Cal. 2010);

- *Sierra Forest Products v. Kempthorne*, 361 Fed. Appx 791 (9th Cir. 2010);

- *Nat'l Ass'n of Home Builders v. San Joaquin Valley Unified Air Pollution Control Dist.*, 627 F.3d 730 (9th Cir. 2010);

- *Sierra Forest Legacy v. Rey,* 577 F.3d 1015(9th Cir. 2009);

- *Sierra Club v. Johnson*, No. 08-01409 WHA, 2009 WL 2413094, (N.D. Cal. Aug. 5, 2009);

- *Cal. ex rel. Lockyer v. Dept. of Agric.*, 459 F. Supp. 2d 874 (N.D. Cal. 2006).

8.     As a result of my work on these and other cases, I have acquired substantial knowledge and specialized skill in the area of federal environmental law and litigation.  My knowledge and specialized skill was highly relevant and needful to this case, which involved multiple environmental statutes—including the Federal Land, Policy, and Management Act (FLPMA), the General Railroad Right-of-Way Act of 1875, and the National Environmental Policy Act (NEPA)—as well as numerous complex jurisdictional doctrines often relevant in environmental litigation brought under the Administrative Procedure Act.

9.     Marie Logan is an associate attorney in the California Regional Office of Earthjustice who assisted me as co-counsel of record on this case until she began an extended family leave on April 15, 2019.  Ms. Logan is expected to return from family leave on September 25, 2019.

10.     Ms. Logan received her undergraduate degree from the University of California at Berkeley in 2009 and attended law school at the University of Pennsylvania Law School from 2012 to 2015.  She received a juris doctorate in 2015, and took and passed the California Bar Examination upon graduation from law school.

1   She was admitted to the California bar in December 2015.  Ms. Logan is admitted to

2   and has practiced before the United States District Courts for the Northern, Eastern,

3   and Central Districts of California.

4           11.     Ms. Logan began her career in environmental advocacy with Food and

5   Water Watch as a research and policy analyst in 2009 after working as an

6   undergraduate intern with the organization in 2008.  Food and Water Watch is a non-

7   profit organization that advocates for safe food, clean water, and healthy ocean

8   ecosystems.  During her time at Food & Water Watch, Ms. Logan prepared and

9   delivered written and oral comments to many state and federal regulatory agencies to

10  encourage the promulgation of policies that would be protective of environmental and

11  human health.  Ms. Logan became a community organizer with Food & Water Watch

12  in 2011, and was trained in effective advocacy techniques for working with regulatory

13  agencies and petitioning elected officials to address environmental policy issues.  In

14  2012, Ms. Logan left this position to attend law school.

15          12.     After law school, Ms. Logan clerked for one year on the New Jersey

16  Supreme Court from 2015 to 2016.  In 2016, she was hired into a one-year fellowship

17  with Earthjustice, and in 2017, she became an associate attorney, the position she

18  remains in today.  During law school internships and since graduation, Ms. Logan's

19  career has been focused exclusively on environmental litigation, with the exception of

20  her clerkship year, which was a generalist position.  In my opinion, Ms. Logan has

21  gained expertise in administrative and environmental law that was necessary to her

22  role in this case.

23          13.     Like all Earthjustice attorneys, Ms. Logan and I keep a detailed record of

24  the time we spend on every task associated with a case (in six-minute increments)

25  using our organization's "iTimekeep" database.  In preparing the instant motion for

26  attorneys' fees, I reviewed the time recorded by both me and Ms. Logan on this case,

27  and I exercised careful billing judgment to excise any time arguably expended on

28  tasks that would not be appropriately billed to a paying client or would otherwise be

1   duplicative or unreasonable.  After my exercise of billing judgment, the time

2   reasonably spent by me and Ms. Logan on this case is set forth in Exhibits A and B,

3   respectively, hereto.

4          14.    After the exercise of billing judgment, the time I reasonably expended to

5   September 23, 2019 preparing the instant motion for attorneys' fees and other

6   expenses is set forth in Exhibit C hereto.

7          15.    The tasks undertaken and the resulting time set forth in Exhibits A, B,

8   and C were reasonable, necessary, and led directly to the Centers' success in this

9   litigation.

10         16.    While Earthjustice does not charge its clients for legal services, our

11  clients are responsible for reimbursing Earthjustice for any out-of-pocket costs

12  associated with the case.  In addition to the $796.23 in filing and service fees set forth

13  in the Center's July 7, 2019 application to tax costs (ECF No. 80), Earthjustice

14  incurred $2,842.79 in other out-of-pocket expenses, which the Centers' seek to

15  recover through the instant motion under Equal Access to Justice Act (EAJA).  These

16  other expenses are the result of $195.88 in fees for telephone conference calls plus

17  $2,646.91 in total hotel and airfare costs for my travel to Los Angeles for (1) the May

18  31, 2018 hearing on defendants' motion to dismiss, (2) the August 27, 2018 initial

19  case management conference, and (3) the June 20, 2019 hearing on the parties' cross-

20  motions for summary judgment.

21         17.    As a result of my practice, I am generally familiar with the rates charged

22  by lawyers with comparable experience, skill, and qualifications to me and Ms. Logan

23  in California's primary legal markets, including the San Francisco, Los Angeles, and

24  Sacramento areas.  My knowledge of prevailing market rates for comparable legal

25  services in these legal markets is based on my review of recent surveys of rates

26  charged by private law firms, knowledge of rates that I and my colleagues have

27  received as a result of court awards in other cases, and research regarding attorney fee

28  awards cases not brought by Earthjustice.

18.     In *Pollinator Stewardship Council v. U.S. Envtl. Prot. Agency*, No. 13-72346, 2017 WL 3096105, at *7 (9th Cir. June 27, 2017), the Ninth Circuit commissioner concluded $550 per hour was a reasonable hourly rate for legal services provided by me in 2013 and 2014 in the San Francisco area.  In *Center for Food Safety v. Vilsack*, No. C 08-00484 JSW (EDL), 2011 WL 6259891, at *13-14 (N.D. Cal. Oct. 13, 2011), *report and recommendation adopted by,* 2011 WL 6259683 (N.D. Cal., Dec. 15, 2011), the court concluded that $450 per hour was a reasonable hourly rate for legal services provided by me primarily in 2008.

19.     Based on my research and experience, prevailing market rates for legal services in the Los Angeles area are comparable to rates for equivalent legal services in the San Francisco area.

20.     Based on my research and experience, I conclude that $620 per hour is a reasonable hourly rate for my work on this case.  I conclude that $340 per hour is a reasonable hourly rate for Ms. Logan's work on this case.

21.     Based on my experience and research, I am convinced that the Centers could not have retained competent counsel to represent them in this case at the general "statutory" rate specified by EAJA, which amounts to about $200 per hour.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 24, 2019, in San Francisco, California.


            /s/ Gregory C. Loarie
            Gregory C. Loarie

# EXHIBIT A

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
*C.D. Cal., Case No. 17-8587*

**Exhibit A — Greg Loarie Merits Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 10/18/2017 | 1.0 | Research re: final agency action |
| 10/18/2017 | 2.0 | Read BLM letter, research re: previous solicitor opinions |
| 10/19/2017 | 4.0 | Research re: 1875 General Railroad Act |
| 10/20/2017 | 4.6 | Research re: 1875 act, potential causes of action |
| 10/23/2017 | 3.5 | Research re: project |
| 10/23/2017 | 0.7 | TC w/ Belenky, Keats re case |
| 10/24/2017 | 2.0 | Drafted complaint |
| 10/25/2017 | 1.6 | Drafted complaint |
| 10/25/2017 | 2.0 | Research re: jurisdictional issues |
| 10/26/2017 | 4.0 | Research re: project docs, EIR |
| 10/27/2017 | 4.0 | Drafted complaint |
| 10/30/2017 | 1.0 | TC w/ co-counsel re: draft complaint |
| 10/30/2017 | 2.0 | Drafted complaint |
| 11/9/2017 | 4.5 | Revised complaint |
| 11/10/2017 | 0.5 | Corres. w/ clients re: draft complaint |
| 11/15/2017 | 1.0 | Edits to complaint |
| 11/16/2017 | 4.0 | Drafted complaint and other initiating docs |
| 11/17/2017 | 1.0 | TC w/ clients re draft complaint |
| 11/20/2017 | 2.8 | Revised complaint |
| 11/21/2017 | 3.4 | Revised complaint |
| 11/22/2017 | 2.8 | Revised complaint |
| 11/27/2017 | 2.5 | Final edits to complaint, initiating docs |
| 11/28/2017 | 1.0 | Filing case, corres. w/ Wall re: same, follow up w/ clients |
| 12/7/2017 | 1.0 | Watched UPRR oral arg |
| 12/7/2017 | 0.5 | Email clients re: UPRR argument |
| 12/11/2017 | 1.4 | Read new 9th Cir. op re: final agency action, research re same |
| 12/13/2017 | 0.5 | TC w/ clients re: next steps |
| 12/15/2017 | 1.0 | TC w/ counsel and Robinson-Dorn re: next steps |
| 1/16/2018 | 0.6 | TC w/ DOJ re: introduction, follow up w/ clients |
| 1/26/2018 | 0.5 | TC w/ Robinson-Dorn re: update |
| 1/31/2018 | 0.4 | Corres. w/ co-counsel re: timing, MTD |
| 1/31/2018 | 1.4 | Revisions to opening brief |
| 2/1/2018 | 0.2 | TC w/ Roberts re: MTD |
| 2/1/2018 | 0.3 | Email clients re: MTD, scheduling, call w/ Roberts |
| 2/6/2018 | 1.0 | Read Wells v UPRR opinion, corres. w/ co-counsel re: same |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit A — Greg Loarie Merits Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 2/8/2018 | 0.4 | Corres. w/ co-counsel re: MTD scheduling, amending complaint |
| 2/9/2018 | 3.8 | Research re: MTD |
| 2/12/2018 | 5.0 | Drafted opp to MTD |
| 2/14/2018 | 1.0 | TC w/ clients re MTD |
| 2/14/2018 | 2.7 | Research re: MTD |
| 2/15/2018 | 5.0 | Drafted opp to MTD |
| 2/16/2018 | 4.0 | Drafted opp to MTD |
| 2/20/2018 | 0.3 | TC w/ Belenky re: Havasupai |
| 2/21/2018 | 0.6 | TC w/ Tharin re: case |
| 2/23/2018 | 6.0 | Drafted amended complaint |
| 2/26/2018 | 2.0 | Drafted amended complaint |
| 2/26/2018 | 0.3 | TC w/ Robinson-Dorn re: amended complaint |
| 2/27/2018 | 3.0 | Final edits to amended complaint |
| 3/1/2018 | 0.6 | Drafted update to clients |
| 3/1/2018 | 0.3 | Corres. w/ Roberts re: taking MTD off calendar |
| 3/2/2018 | 0.6 | Corres. w/ co-counsel re: scheduling stip, |
| 3/2/2018 | 0.3 | Follow up w/ Roberts re scheduling stip |
| 3/5/2018 | 0.4 | Corres. w/ Roberts re: scheduling stip |
| 3/5/2018 | 0.5 | Corres. w/ co-counsel re: scheduling stip, revisions |
| 3/9/2018 | 0.4 | Corres. w/ Roberts re: scheduling stip., follow up w/ clients |
| 3/12/2018 | 1.4 | Reviewed FOIA docs, corres. w/ counsel re: same |
| 3/13/2018 | 0.3 | Corres. w/ Belenky re: draft standing dec |
| 3/13/2018 | 1.9 | Research re: Final Agency Action |
| 3/15/2018 | 2.0 | Research re: zone of interests |
| 3/16/2018 | 2.0 | Reviewed CFS FOIA docs |
| 3/19/2018 | 2.5 | Research re: zone of interests |
| 3/23/2018 | 1.9 | Research re: jurisdictional discovery |
| 3/29/2018 | 0.5 | Reviewed draft standing dec., corres. w/ Logan re: same |
| 4/9/2018 | 1.9 | Read mot to dismiss amended complaint |
| 4/11/2018 | 0.6 | Meeting w/ Logan to discuss next steps |
| 4/12/2018 | 0.6 | TC w/ Robinson-Dorn re: case |
| 4/12/2018 | 4.4 | Drafted opp to MTD |
| 4/13/2018 | 4.5 | Drafted opp to MTD |
| 4/16/2018 | 2.8 | Drafted Opp to MTD |
| 4/17/2018 | 1.5 | Edits to Anderson Dec |
| 4/17/2018 | 2.2 | Drafted opp to MTD |
| 4/18/2018 | 4.4 | Drafted opp to MTD |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit A — Greg Loarie Merits Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 4/19/2018 | 4.8 | Drafted Opp to MTD |
| 4/20/2018 | 6.4 | Drafted Opp to MTD |
| 4/20/2018 | 0.2 | Corres. w/ co-counsel re: current draft |
| 4/22/2018 | 3.0 | Drafted Opp to MTD |
| 4/23/2018 | 3.0 | Drafted Opp to MTD |
| 4/23/2018 | 0.3 | Email co-counsel re: opp to MTD |
| 4/25/2018 | 3.3 | Drafted opp to MTD |
| 4/26/2018 | 6.0 | Drafted opp |
| 4/27/2018 | 4.5 | Revised Opp to MTD, working on 12(b)(1) sections |
| 4/27/2018 | 0.3 | Email clients re: revised opp |
| 4/27/2018 | 0.3 | TC w/ Belenky re: Anderson Dec., follow up w/ Logan |
| 4/30/2018 | 4.3 | Revised opp to MTD |
| 5/1/2018 | 5.6 | Revised brief, editing |
| 5/1/2018 | 0.6 | Corres. w/ Belenky re: Anderson Dec |
| 5/2/2018 | 3.6 | Review revised Anderson dec, final edits to same, review exhibts |
| 5/3/2018 | 5.0 | Cite check edits, final revisions |
| 5/4/2018 | 1.5 | Final read through, proofing |
| 5/18/2018 | 1.3 | Read reply papers |
| 5/18/2018 | 0.3 | Corres. w/ Logan re: hearing prep |
| 5/21/2018 | 1.5 | Read Reply ISO MTD |
| 5/22/2018 | 2.0 | Hearing prep |
| 5/23/2018 | 1.6 | Hearing prep |
| 5/24/2018 | 3.8 | Prep for hearing |
| 5/24/2018 | 0.6 | Read motion to transfer NPCA case |
| 5/25/2018 | 3.5 | Prep for hearing |
| 5/29/2018 | 3.0 | Hearing prep |
| 5/30/2018 | 3.6 | Prep for hearing |
| 6/4/2018 | 1.5 | Research re: NPCA motion to transer, follow up w/ clients |
| 6/7/2018 | 0.7 | Read opp to NPCA motion to transfer, follow up w/ clients |
| 6/11/2018 | 1.0 | Corres. w/ clients re: final ruling on MTD |
| 6/11/2018 | 0.4 | TC w/ Hajek re: introduction |
| 6/13/2018 | 0.4 | Email clients re: final ruling on MTD, next steps |
| 6/14/2018 | 0.8 | Research re: next steps, answer, CMC |
| 6/21/2018 | 1.0 | TC w/ clients re: next steps, scheduling |
| 6/25/2018 | 0.3 | Corres. w/ Hajek re: answer, follow up w/ clients |
| 6/25/2018 | 0.4 | Corres. w/ clients re: intervention |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit A — Greg Loarie Merits Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 6/26/2018 | 1.5 | Corres. w/ clients/co-counsel re: intervention, follow up research |
| 6/27/2018 | 0.2 | TC w/ Hajek re: answer, scheduling |
| 6/28/2018 | 0.3 | TC w Hajek re: motion for leave |
| 6/29/2018 | 1.8 | Reviewed FOIA response |
| 7/2/2018 | 2.6 | Reviewed FOIA response-interim 5 |
| 7/2/2018 | 0.4 | Drafted response to motion for leave to file answer |
| 7/6/2018 | 3.0 | Reviewed FOIA response - interim 5 |
| 7/19/2018 | 0.4 | Corres. w/ Hajek, De Felice re: scheduling, CMC |
| 7/19/2018 | 0.4 | Revised stip to continue CMC |
| 7/20/2018 | 1.2 | Reviewed Motion to Intevene |
| 7/26/2018 | 0.5 | TC w/ Robinson-Dorn re: case |
| 7/26/2018 | 0.5 | TC w/ co-counsel re: scheduling |
| 7/26/2018 | 1.0 | Drafted Joint 26f Report |
| 7/26/2018 | 0.5 | Corres. w/ Hajek re: stip, follow up w/ Wall |
| 8/3/2018 | 2.5 | Drafted response to motion to intervene |
| 8/3/2018 | 1.5 | Drafted Joint 26f report |
| 8/6/2018 | 0.6 | Corres. w/ clients re: intevention, Joint 26f |
| 8/7/2018 | 0.2 | Corres. w/ Hajek re: CMC |
| 8/13/2018 | 1.3 | Corres. w/ co-counsel re edits to 26f |
| 8/13/2018 | 0.3 | Corres. w/ Hajek re: draft 26f report |
| 8/15/2018 | 0.5 | TC w/ counsel re: meet and confer |
| 8/15/2018 | 1.0 | Edits to 26f report |
| 8/20/2018 | 0.6 | TC w/ Robinson-Dorn re: coordination, scheduling |
| 8/20/2018 | 0.5 | Corres. w/ clients re: scheduling, revised 26f |
| 8/20/2018 | 1.5 | Final edits to 26f, corres. w/ counsel re: same |
| 8/24/2018 | 0.8 | Prep for hearing |
| 8/27/2018 | 2.6 | Hearing on motion to intervene and initial scheduling conference |
| 8/27/2018 | 0.5 | Corres. w/ clients re hearing |
| 8/30/2018 | 0.8 | TC w/ co-counsel, NPCA re: scheduling |
| 8/30/2018 | 1.1 | Research re: consolidation, corres. w/ Logan re same |
| 9/4/2018 | 1.4 | Corres. w/ counsel re: straw schedule |
| 9/4/2018 | 1.0 | Reviewed index to AR, follow up w/ clients |
| 9/4/2018 | 2.5 | Reviewed FOIA docs |
| 9/5/2018 | 1.5 | Reviewed AR |
| 9/6/2018 | 2.0 | Reviewed AR docs |
| 9/6/2018 | 0.5 | Corres. w/ counsel re: scheduling call |
| 9/7/2018 | 1.0 | TC w clients re: Meeting w/ opp counsel, prep |
| 9/7/2018 | 0.6 | TC w/ opp counsel re: scheduling |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
*C.D. Cal., Case No. 17-8587*

**Exhibit A — Greg Loarie Merits Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 9/7/2018 | 2.4 | AR review |
| 9/10/2018 | 1.9 | Corres. w/ clients re: schedule, follow up |
| 9/19/2018 | 0.5 | TC w/ counsel for NPCA re: scheduling |
| 9/21/2018 | 0.7 | TC w/ counsel for NPCA re: scheduling, next steps |
| 9/24/2018 | 1.5 | Finalized supplemental 26f |
| 9/27/2018 | 0.5 | Attended Case Scheduling Conference |
| 10/8/2018 | 0.4 | Update to clients re: admin record |
| 10/8/2018 | 0.2 | Corres. w/ Robinson-Dorn re: record review |
| 10/8/2018 | 2.6 | Record review |
| 10/9/2018 | 0.7 | TC w/ counsel for NPCA re: record issues |
| 10/16/2018 | 0.5 | Corres. w/ clients re: FOIA responses, follow up w/ Logan |
| 10/17/2018 | 1.2 | Call w/ counsel re: admin records, follow up |
| 10/18/2018 | 0.8 | Email counsel re: record issues |
| 10/18/2018 | 3.6 | Drafted opp brief |
| 10/19/2018 | 0.5 | Corres. w/ counsel re: record issues |
| 10/23/2018 | 0.5 | Corres. w/ clients re: DOJ record corres., follow up |
| 10/23/2018 | 0.5 | TC w/ Hajek re: record |
| 10/24/2018 | 1.5 | Review letters re record, corres. w/ clients re same |
| 10/26/2018 | 0.8 | TC w/ counsel re: record |
| 10/26/2018 | 1.8 | Drafted opening brief |
| 10/29/2018 | 3.3 | Research re caselaw |
| 10/30/2018 | 2.4 | Caselaw research |
| 11/1/2018 | 0.3 | Corres. w/ Robinson-Dorn re: scheduling, AR |
| 11/2/2018 | 0.6 | TC w/ Prabhala re: standing dec, follow up |
| 11/2/2018 | 0.5 | TC w/ Keats re: standing dec |
| 11/2/2018 | 0.6 | TC w/ counsel for NPCA re: scheduling, AR |
| 11/6/2018 | 1.0 | Corres. w/ counsel re: stip to continue briefing |
| 11/6/2018 | 0.7 | Research re: statement of undisputed facts |
| 11/6/2018 | 2.7 | Drafted opening brief |
| 11/7/2018 | 3.5 | Drafted opening brief |
| 11/8/2018 | 0.8 | Reviewed draft stip, edits to same |
| 11/9/2018 | 0.2 | Corres. w/ Robinson-Dorn re: stip |
| 11/9/2018 | 3.5 | Drafted opening brief |
| 11/13/2018 | 0.4 | Corres. w/ counsel final stip, follow up |
| 11/15/2018 | 2.0 | Drafted opening brief |
| 11/16/2018 | 0.6 | Corres. w/ clients re: new briefing schedule |
| 11/16/2018 | 2.2 | Drafted opening brief |
| 11/29/2018 | 1.5 | Corres. w/ clients re: revised index |
| 11/29/2018 | 2.5 | Reviewed revised AR index |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit A — Greg Loarie Merits Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 11/30/2018 | 1.0 | Reviewed privilege log |
| 12/3/2018 | 2.0 | Reviewed revised AR |
| 12/3/2018 | 1.3 | Corres. w/ co-counsel re: new docs |
| 12/4/2018 | 2.2 | Research re: new docs, timeline |
| 12/5/2018 | 2.0 | Reviewed revised record |
| 12/5/2018 | 1.2 | Corres. w/ Logan re: NEPA write up, follow up research |
| 12/6/2018 | 1.6 | Drafted memo re new record docs |
| 12/6/2018 | 0.6 | TC w/ Robinson-Dorn re: supp record |
| 12/6/2018 | 0.6 | TC w/ Keats re supp docs |
| 12/7/2018 | 3.0 | Misc research re: new docs, timeline |
| 12/7/2018 | 0.8 | Corres. w/ Robinson Dorn re: new docs |
| 1/2/2019 | 0.7 | Corres. w/ Logan re: claw back, catch up |
| 1/3/2019 | 0.8 | Corres. w/ co-counsel re: next steps, claw back |
| 1/4/2019 | 1.6 | Reviewing draft brief, research re revised record |
| 1/4/2019 | 1.4 | Reviewed draft NEPA write-up |
| 1/7/2019 | 0.6 | TC w/ Robinson-Dorn re update, next steps |
| 1/7/2019 | 0.5 | Corres. w/ Keats re claw back, next steps |
| 1/8/2019 | 0.5 | TC w/ Belenky re update, briefing |
| 1/8/2019 | 0.6 | Reviewed CDFW letter re SEIR, follow up w/ co-counsel |
| 1/8/2019 | 1.5 | Corres. w/ co-counsel re Bernhardt role, follow up |
| 1/9/2019 | 1.4 | Reviewed CFS standing dec, edits to Keats |
| 1/11/2019 | 0.6 | Corres. w/ Keats re standing |
| 1/16/2019 | 0.8 | TC w/ Robinson-Dorn re scheduling, follow up w/ co-counsel |
| 1/16/2019 | 0.7 | Corres. w/ clients re request for stay |
| 1/17/2019 | 1.2 | Corres. w/ Hajak re: ex parte app, follow up w/ clients |
| 1/22/2019 | 1.5 | Drafted opp to ex parte app for stay |
| 1/22/2019 | 0.5 | TC w/ Robinson-Dorn re: ex parte app |
| 1/28/2019 | 0.4 | Corres. w/ counsel re new schedule |
| 1/30/2019 | 0.8 | Corres. w/ co-counsel re: scheduling, DOJ request |
| 1/31/2019 | 0.5 | Corres. w/ Robinson Dorn re schedule |
| 2/1/2019 | 0.7 | Corres. w/ Hajek re scheduling, follow up w/ clients |
| 2/5/2019 | 0.3 | Corres. w/ Hajek re briefing sip |
| 2/6/2019 | 0.8 | Corres. w/ counsel re revised stip, finalizing |
| 2/6/2019 | 3.8 | Drafted opening brief |
| 2/7/2019 | 1.2 | Drafted response to BLM motion for clarification |
| 2/7/2019 | 2.4 | Drafted opening brief |
| 2/8/2019 | 0.5 | Corres. w/ counsel re case management order |
| 2/11/2019 | 0.8 | Attended CMC |
| 2/11/2019 | 1.3 | Drafted stip schedule |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit A — Greg Loarie Merits Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 2/12/2019 | 0.4 | Corres. w/ counsel re hearing dates |
| 2/13/2019 | 1.5 | Corres. w/ counsel re revisions to stip |
| 2/14/2019 | 0.8 | Corres. w/ counsel re hearing dates, stip, filing |
| 2/14/2019 | 2.3 | Drafted opening brief |
| 2/15/2019 | 1.6 | Drafted opening brief |
| 2/15/2019 | 0.3 | Corres. w/ co-counsel re scheduling |
| 2/19/2019 | 0.7 | Corres. w/ co-counse re RJN, follow up |
| 2/19/2019 | 1.8 | Drafted opening brief |
| 2/22/2019 | 4.2 | Drafted opening brief |
| 2/25/2019 | 2.2 | Drafted standing decs |
| 2/26/2019 | 5.0 | Drafted Standing Decs |
| 2/28/2019 | 2.0 | Drafted standing decs |
| 3/4/2019 | 3.3 | Drafted opening brief |
| 3/5/2019 | 3.0 | Drafted opening brief |
| 3/6/2019 | 4.2 | Drafted opening brief |
| 3/8/2019 | 2.5 | Drafted opening brief |
| 3/13/2019 | 2.5 | Drafted opening brief |
| 3/14/2019 | 4.0 | Drafted opening brief |
| 3/15/2019 | 5.3 | Drafted opening brief |
| 3/18/2019 | 5.5 | Drafted Opening brief |
| 3/20/2019 | 4.3 | Drafted opening brief |
| 3/21/2019 | 4.8 | Drafted opening papers |
| 3/22/2019 | 4.5 | Drafted opening brief |
| 3/25/2019 | 7.5 | Drafted opening brief |
| 3/26/2019 | 5.5 | Drafted opening brief |
| 3/27/2019 | 4.5 | Drafted opening papers |
| 3/28/2019 | 7.0 | Drafted opening papers |
| 3/29/2019 | 6.5 | Drafted opening papers |
| 4/1/2019 | 4.5 | Drafted opening papers |
| 4/2/2019 | 3.0 | Edits to opening brief re client comments |
| 4/3/2019 | 1.2 | Edits to RJN, dec |
| 4/3/2019 | 1.8 | Revised brief |
| 4/4/2019 | 5.0 | Final edits, cite check |
| 4/4/2019 | 0.5 | TC w/ Robinson-Dorn re brief |
| 4/5/2019 | 3.5 | Final proof, read through, filing |
| 4/8/2019 | 3.3 | Read cross MSJs, thinking about opp |
| 4/9/2019 | 5.0 | Drafted opp brief |
| 4/11/2019 | 4.5 | Drafted opp brief |
| 4/12/2019 | 5.0 | Drafted opp to cross motions |
| 4/15/2019 | 1.0 | TC w/ clients re opp to Cross MSJs |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit A — Greg Loarie Merits Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 4/15/2019 | 0.6 | Read NPCA briefing |
| 4/15/2019 | 2.0 | Drafted opp brief |
| 4/16/2019 | 0.5 | TC w/ Wall re responses to SUFs |
| 4/16/2019 | 5.0 | Drafted responses to SUFs |
| 4/17/2019 | 4.0 | Drafted opp brief |
| 4/18/2019 | 6.0 | Drafted opp |
| 4/19/2019 | 2.0 | Drafted responses to undisputed facts |
| 4/19/2019 | 1.0 | Drafted opp |
| 4/22/2019 | 6.0 | Drafted opp brief |
| 4/23/2019 | 7.0 | Drafted opp brief |
| 4/25/2019 | 6.1 | Drafted opp brief |
| 4/26/2019 | 4.9 | Drafted opp brief |
| 4/29/2019 | 6.0 | Drafted opp brief |
| 4/30/2019 | 3.4 | Drafted opp |
| 5/1/2019 | 1.5 | Drafted opp |
| 5/2/2019 | 4.0 | Drafted opp |
| 5/3/2019 | 4.0 | Drafted opp |
| 5/6/2019 | 7.0 | Drafted opp brief |
| 5/7/2019 | 3.5 | Drafted Opp Brief |
| 5/8/2019 | 2.6 | Incorporate edits from Belenky |
| 5/9/2019 | 3.6 | Finalize opp., response to SUFs |
| 5/10/2019 | 2.0 | Final proof read, filing |
| 5/10/2019 | 0.8 | Corres. w/ clients re briefing, next steps |
| 5/14/2019 | 2.0 | Read opp briefing |
| 5/21/2019 | 0.4 | Misc. re hearing prep |
| 5/21/2019 | 0.2 | Corres w/ Robinson-Dorn re hearing prep |
| 5/22/2019 | 3.0 | Research re opp briefs, evidentiary issues |
| 5/23/2019 | 1.2 | Read opp briefing, thinking about argument |
| 5/29/2019 | 1.2 | Pull caselaw, update |
| 5/30/2019 | 1.6 | Prep for hearing |
| 5/31/2019 | 1.4 | Hearing prep |
| 6/3/2019 | 1.2 | TC w/ Robinson-Dorn re hearing, follow up w/ clients |
| 6/3/2019 | 0.5 | Corres. w/ clients re hearing prep, next steps |
| 6/5/2019 | 1.5 | Review cases, update case research |
| 6/6/2019 | 3.5 | Hearing Prep |
| 6/7/2019 | 2.2 | Hearing prep |
| 6/10/2019 | 3.4 | Hearing prep |
| 6/11/2019 | 2.6 | Hearing prep |
| 6/12/2019 | 0.5 | Read new DC/9th Cir. opinions re Fox |
| 6/12/2019 | 1.1 | Hearing prep |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit A — Greg Loarie Merits Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 6/13/2019 | 0.7 | TC w/ Robinson-Dorn re hearing |
| 6/13/2019 | 4.5 | Hearing prep |
| 6/14/2019 | 6.0 | Hearing prep |
| 6/18/2019 | 4.0 | Hearing prep |
| 6/19/2019 | 1.5 | Moot court |
| 6/19/2019 | 5.5 | Prep for hearing |
| 6/20/2019 | 3.0 | MSJ Hearing |
| 6/20/2019 | 1.0 | Corres. w/ clients re tentative, next steps |
| 6/21/2019 | 0.8 | Read final decision |
| 6/21/2019 | 1.0 | Corres. w/ clients re final decision |
| 6/27/2019 | 0.6 | TC w Robinson-Dorn re Judgment |
| 6/27/2019 | 1.2 | Drafted proposed judgment, notice of lodging |
| 6/27/2019 | 0.7 | TC w/ clients re judgment, next steps |
| 7/3/2019 | 0.6 | Corres. w/ counsel re judgment, follow up |
| **TOTAL** | **634.0** | |

# EXHIBIT B

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit B — Marie Logan Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 11/13/2017 | 0.6 | Reviewing Cadiz complaint |
| 11/20/2017 | 0.5 | Reviewing Cadiz complaint |
| 12/6/2017 | 0.2 | Discussing Cadiz research with Loarie |
| 12/13/2017 | 0.5 | Call with Loarie and clients re Cadiz lawsuit next steps |
| 12/13/2017 | 1.0 | Reviewing Cadiz materials |
| 12/14/2017 | 1.2 | Reviewing Cadiz solicitors' opinions |
| 12/15/2017 | 1.1 | Call with Loarie, clients, and NPCA re Cadiz case |
| 1/31/2018 | 0.3 | Debrief with Loarie |
| 1/31/2018 | 0.3 | Emailing re Cadiz timing |
| 2/14/2018 | 1.2 | Reviewing Cadiz motion to dismiss |
| 2/14/2018 | 0.8 | Call with Cadiz clients |
| 2/14/2018 | 0.3 | Emailing re Cadiz stipulation and case law |
| 2/14/2018 | 0.8 | Emailing with Loarie re Cadiz motion to dismiss |
| 2/20/2018 | 0.5 | Emailing re Cadiz and latest 9th Cir decision |
| 2/21/2018 | 0.8 | Call with Loarie and clients re Cadiz amending complaint |
| 2/21/2018 | 0.3 | Discussing research on Cadiz with Loarie |
| 2/22/2018 | 4.0 | Research on BLM discretion to act on existing ROW |
| 2/22/2018 | 0.7 | Emailing Loarie about findings on BLM discretion |
| 2/22/2018 | 1.0 | Emailing with Cadiz clients re additional claims in amended complaint |
| 2/23/2018 | 2.0 | Research on BLM discretion re ROWs |
| 2/26/2018 | 0.4 | Reviewing Cadiz amended complaint |
| 2/27/2018 | 1.0 | Reviewing Cadiz draft amended complaint |
| 2/27/2018 | 0.8 | Reviewing Cadiz BLM docs related to amended complaint |
| 2/27/2018 | 0.6 | Research on attaching docs to complaint |
| 2/28/2018 | 0.2 | Discussing Cadiz research with Loarie |
| 2/28/2018 | 1.8 | Copy edits to Cadiz first amended complaint |
| 3/1/2018 | 0.5 | Discussing stipulating to timeline after amending Cadiz complaint |
| 3/5/2018 | 0.3 | Reviewing Cadiz proposed schedule |
| 3/12/2018 | 0.3 | Access to Cadiz FOIA materials |
| 3/13/2018 | 1.8 | Reviewing Cadiz FOIA materials from CFS |
| 3/13/2018 | 2.0 | Researching Cadiz factual history |
| 3/14/2018 | 4.5 | Reviewing Cadiz FOIA materials |
| 3/15/2018 | 0.2 | Emailing re Cadiz FOIA review |
| 3/15/2018 | 1.5 | Organizing / filing / reviewing Cadiz FOIA docs |
| 3/16/2018 | 1.0 | Reviewing Cadiz FOIA docs |
| 3/29/2018 | 2.5 | Reviewing Cadiz standing declaration |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit B — Marie Logan Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 4/3/2018 | 0.6 | Scheduling Cadiz call to discuss venue issues |
| 4/3/2018 | 0.5 | Reviewing history of Cadiz case |
| 4/4/2018 | 0.5 | Call with Cadiz clients re venue issues |
| 4/10/2018 | 0.5 | Reviewing DOJ Motion to Dismiss |
| 4/10/2018 | 0.5 | Reviewing NPCA Complaint |
| 4/11/2018 | 0.5 | Meeting with Loarie re Cadiz response to MTD |
| 4/11/2018 | 0.3 | Reviewing Cadiz emails re next steps |
| 4/12/2018 | 0.3 | Call with Loarie re Cadiz standing declaration |
| 4/12/2018 | 0.8 | Reviewing edits to Cadiz standing declaration |
| 4/12/2018 | 0.4 | Emailing with Cadiz clients re FOIA litigation |
| 4/13/2018 | 0.5 | Reviewing emails re Cadiz standing declaration |
| 4/16/2018 | 0.5 | Reviewing and revising Cadiz standing declaration |
| 4/17/2018 | 2.1 | Editing Cadiz standing declaration |
| 4/18/2018 | 0.5 | Editing Cadiz standing declaration |
| 4/19/2018 | 1.0 | Editing Cadiz standing declaration |
| 4/19/2018 | 0.2 | Emailing Loarie update on standing declaration |
| 4/23/2018 | 0.2 | Emailing Loarie re Cadiz updates |
| 4/23/2018 | 4.2 | Working on Cadiz standing declaration |
| 4/24/2018 | 5.3 | Finalizing Cadiz standing declaration draft |
| 4/24/2018 | 1.0 | Copy-editing draft of Cadiz standing declaration |
| 4/24/2018 | 0.4 | Emailing clients re Cadiz standing declaration exhibits |
| 4/25/2018 | 1.8 | Reviewing Cadiz motion to dismiss documents |
| 4/25/2018 | 0.4 | Circulating standing declaration to clients |
| 4/25/2018 | 0.2 | Discussing MTD edits with Loarie |
| 4/26/2018 | 0.5 | Phone calls with co-counsel re standing declaration edits |
| 4/27/2018 | 1.1 | Researching declaration language and 28 USC 1746 |
| 4/30/2018 | 1.0 | Reviewing edits to standing declaration and discussing with Loarie |
| 4/30/2018 | 1.6 | Finalizing edits to standing declaration |
| 4/30/2018 | 0.2 | Circulating latest standing declaration to clients |
| 5/1/2018 | 0.6 | Correspondence re draft edits |
| 5/2/2018 | 0.6 | Reviewing updated declaration |
| 5/2/2018 | 10.5 | Cite-checking reply to MTD brief |
| 5/2/2018 | 0.2 | Discussing edits with Loarie |
| 5/3/2018 | 1.3 | Finalizing cite-check edits to reply to MTD |
| 5/3/2018 | 0.4 | Discussing edits with Loarie |
| 5/3/2018 | 0.4 | Coordinating MTD filing and exhibit prep with Wall |
| 5/3/2018 | 0.4 | Researching local rules in CD Cal on exhibits |
| 5/3/2018 | 0.9 | Revising the table of authorities in MTD reply |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
*C.D. Cal., Case No. 17-8587*

**Exhibit B — Marie Logan Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 5/3/2018 | 1.8 | Finalizing exhibits for standing declaration to correct page numbering |
| 5/7/2018 | 0.2 | Discussing scheduling Cadiz MTD hearing in LA |
| 5/17/2018 | 0.2 | Emailing Loarie re Cadiz updates |
| 5/31/2018 | 3.0 | Attending Cadiz motion-to-dismiss hearing |
| 6/1/2018 | 0.6 | Reviewing Cadiz docket updates and DC related case updates |
| 6/4/2018 | 0.5 | Analyzing tentative ruling on motion to dismiss |
| 6/8/2018 | 0.2 | Reviewing Cadiz docket update and motion to transfer |
| 6/8/2018 | 0.2 | Reviewing Cadiz opinion denying DOJ motion to dismiss |
| 6/12/2018 | 0.5 | Downloading / reviewing Cadiz FOIA documents |
| 6/12/2018 | 0.5 | Reviewing Cadiz MTD opinion |
| 6/21/2018 | 0.8 | Reviewing motion to transfer Cadiz DC lawsuit and opposition |
| 6/21/2018 | 0.6 | Call with Cadiz clients |
| 6/25/2018 | 0.2 | Reviewing correspondence re DOJ's missed date to answer complaint |
| 6/26/2018 | 0.2 | Researching effect of late answer by defendants |
| 6/26/2018 | 0.5 | Emailing re Cadiz intervention and DOJ correspondence |
| 7/3/2018 | 0.4 | Discussing FOIA review with Loarie |
| 7/3/2018 | 3.5 | Reviewing FOIA materials on Cadiz / BLM / DOI |
| 7/12/2018 | 2.2 | Reviewing CBD FOIA lawsuit and updating FOIA response records |
| 7/13/2018 | 0.4 | Reviewing DC docket |
| 7/13/2018 | 0.6 | Reviewing DOJ's late-filed answer in CD Cal |
| 7/13/2018 | 1.4 | Organizing and reviewing FOIA response materials |
| 7/13/2018 | 0.4 | Phone call with Loarie re Cadiz FOIAs |
| 7/17/2018 | 0.2 | Reviewing correspondence with DOJ counsel |
| 7/18/2018 | 0.5 | Reviewing FOIA interim response #7 to Request #1 |
| 7/18/2018 | 0.3 | Emailing re draft schedule with DOJ |
| 7/20/2018 | 0.2 | Discussing Cadiz argument rescheduling with Loarie |
| 7/23/2018 | 0.3 | Counsel correspondence re CMC rescheduling |
| 7/24/2018 | 0.5 | Coordinating on Cadiz stipulation |
| 7/26/2018 | 0.3 | Discussing Cadiz intervention and CMC rescheduling with Loarie |
| 7/26/2018 | 0.5 | Phone call with clients on upcoming scheduling orders |
| 7/30/2018 | 0.3 | Reviewing Cadiz intervention papers |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
C.D. Cal., Case No. 17-8587

**Exhibit B — Marie Logan Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 8/3/2018 | 0.5 | Reviewing draft response to intervention and Rule 26(f) summary |
| 8/13/2018 | 0.3 | Reviewing status report counter-proposal by DOJ |
| 8/15/2018 | 0.5 | Phone call with opposing counsel re Rule 26(f) report |
| 8/16/2018 | 0.3 | Reviewing updated Rule 26(f) report |
| 8/27/2018 | 0.3 | Reviewing Cadiz tentative ruling on intervention |
| 8/30/2018 | 3.7 | Researching consolidation and coordination in CD Cal |
| 9/4/2018 | 0.3 | Scheduling call with counsel |
| 9/6/2018 | 0.5 | Emailing re Cadiz assignments and admin record |
| 9/7/2018 | 0.7 | Call with NPCA re Cadiz case |
| 9/7/2018 | 0.6 | Call with Cadiz and DOJ |
| 9/12/2018 | 0.3 | Corresponding re FOIA review of incoming documents |
| 9/13/2018 | 0.2 | Discussing FOIA review with Loarie |
| 9/14/2018 | 0.3 | Reviewing Cadiz counter briefing schedule proposal |
| 9/20/2018 | 4.5 | Reviewing Cadiz FOIA response 1, interim response 7 |
| 10/8/2018 | 0.5 | Emailing re Cadiz updates and timeline |
| 10/9/2018 | 1.5 | Reviewing and filing latest FOIA responses |
| 10/10/2018 | 0.6 | Call with DOJ and NPCA re Cadiz |
| 10/25/2018 | 0.5 | Reviewing Cadiz case law updates |
| 10/26/2018 | 0.2 | Reviewing docs shared by DOJ re admin record |
| 11/1/2018 | 0.3 | Cadiz correspondence re admin record and delay of SJ briefing |
| 11/19/2018 | 1.0 | Working on Cadiz NEPA claim arguments |
| 11/27/2018 | 4.7 | Researching NEPA claim |
| 11/30/2018 | 0.5 | Cadiz correspondence and call with Loarie re NEPA |
| 12/5/2018 | 3.2 | Cadiz research on NEPA claim |
| 12/5/2018 | 0.4 | Discussing NEPA research with Loarie |
| 12/6/2018 | 0.3 | Reviewing Loarie's emails on Cadiz admin record findings |
| 12/7/2018 | 0.5 | Call with Loarie and NPCA team re Cadiz admin records |
| 12/7/2018 | 0.2 | Call with Keats and Loarie re next steps |
| 12/11/2018 | 0.6 | Meet and confer with DOJ on contents of admin record |
| 12/11/2018 | 0.2 | Summarizing Cadiz call for Loarie, Keats |
| 12/14/2018 | 1.5 | Cadiz FOIA clawback research |
| 12/19/2018 | 0.2 | Emailing with NPCA re FOIA clawback |
| 12/20/2018 | 0.2 | Following up on DOJ FOIA clawback issue internally |
| 12/31/2018 | 2.1 | Reviewing briefing on agency jurisdiction / NEPA issue |
| 1/2/2019 | 0.2 | Call with Loarie re FOIA clawback |
| 1/2/2019 | 3.8 | Editing Cadiz SJ brief draft |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
*C.D. Cal., Case No. 17-8587*

**Exhibit B — Marie Logan Time**

| Date | Hours | Narrative |
|---|---|---|
| 1/3/2019 | 3.2 | Editing NEPA SJ argument |
| 1/3/2019 | 1.0 | Finalizing edits to NEPA SJ draft; sending to Loarie for review |
| 1/7/2019 | 0.2 | Scheduling Cadiz call with NPCA |
| 1/8/2019 | 0.2 | Discussing Cadiz next steps with Loarie |
| 1/17/2019 | 0.8 | Cadiz conference call to discuss DOJ request for stay, and associated emails |
| 1/22/2019 | 0.4 | Emailing re BLM ex parte motion for stay |
| 1/22/2019 | 0.3 | Reviewing opposition to motion to stay |
| 1/23/2019 | 0.4 | Review and edit emergency opposition to ex parte stay by DOJ |
| 2/12/2019 | 0.2 | Discussing Cadiz timeline with Loarie |
| 2/13/2019 | 0.4 | Reviewing Cadiz emails re rescheduled hearing |
| 2/14/2019 | 0.7 | Summarizing time constraints in Cadiz brief scheduling; reviewing emails |
| 2/21/2019 | 1.0 | Researching judicial notice on Westlaw |
| 2/21/2019 | 1.3 | Summarizing findings on judicial notice for Loarie |
| 2/22/2019 | 0.2 | Emailing with Loarie re request for judicial notice |
| 3/10/2019 | 2.5 | Drafting RJN for Cadiz MSJ |
| 3/10/2019 | 0.6 | Drafting declaration in support of RJN |
| 3/10/2019 | 0.2 | Emailing Loarie drafts of RJN and declaration |
| 3/11/2019 | 0.3 | Emailing re Cadiz RJN and declaration |
| 3/12/2019 | 0.2 | Emailing re Cadiz RJN and briefing schedule |
| 3/13/2019 | 0.6 | Call with NPCA re Cadiz; discussing next steps with Loarie |
| 3/20/2019 | 0.2 | Discussing Cadiz research with Loarie |
| 3/20/2019 | 2.2 | Researching solicitors' opinions in 9th Cir |
| 3/21/2019 | 1.7 | Researching solicitors' opinions in 9th Circuit; summarizing findings |
| 3/21/2019 | 0.4 | Call with Loarie re Cadiz research |
| 3/21/2019 | 1.0 | Editing CBD declaration |
| 3/22/2019 | 3.0 | Editing CBD standing declaration |
| 3/22/2019 | 1.1 | Reviewing latest version of summary judgment brief |
| 3/22/2019 | 2.1 | Working on draft statement of undisputed facts |
| 3/25/2019 | 0.6 | Cadiz admin record compilation |
| 3/25/2019 | 0.2 | Discussing statement of undisputed facts with Loarie |
| 3/25/2019 | 3.1 | Editing statement of undisputed facts |
| 3/26/2019 | 4.6 | Editing statement of undisputed facts |
| 3/27/2019 | 0.5 | Reviewing correspondence with clients |
| 3/27/2019 | 5.7 | Working on draft SUF |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit B — Marie Logan Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 3/27/2019 | 0.3 | Discussing Cadiz work with Loarie |
| 3/28/2019 | 1.5 | Finalizing statement of uncontroverted facts |
| 3/28/2019 | 1.6 | Editing Cadiz opening brief on SJ |
| 3/29/2019 | 0.5 | Reviewing edited statement of uncontroverted facts |
| 4/1/2019 | 0.5 | Reviewing Cadiz filings and client correspondence |
| 4/1/2019 | 1.8 | Finalizing request for judicial notice and associated declaration |
| 4/1/2019 | 1.7 | Editing RJNs after Loarie's input/edits |
| 4/1/2019 | 0.5 | Prepping exhibits for RJN |
| 4/1/2019 | 1.1 | Cite-checking Cadiz memo |
| 4/2/2019 | 6.3 | Cadiz cite check of brief |
| 4/3/2019 | 0.2 | Discussing Cadiz briefing with Greg |
| 4/4/2019 | 0.2 | Coordinating on final Cadiz docs |
| 4/5/2019 | 0.2 | Correspondence re Cadiz filing |
| 4/8/2019 | 1.0 | Reviewing Cadiz and DOJ MSJ filings |
| 4/8/2019 | 0.2 | Emailing re Cadiz press and blog |
| 4/8/2019 | 0.7 | Reviewing NPCA filings in Cadiz case |
| 4/8/2019 | 1.0 | Reviewing statements of undisputed fact by Cadiz and DOJ |
| 4/9/2019 | 0.3 | Discussing Cadiz SUF responses with Loarie and Wall |
| 4/10/2019 | 2.5 | Reviewing Cadiz SUFs and proposing responses |
| 4/11/2019 | 0.2 | Discussing Cadiz research with Loarie |
| 4/12/2019 | 2.1 | Working on responses to DOJ SUF |
| 4/15/2019 | 3.9 | Working on responses to Cadiz SUF |
| **TOTAL** | **208.0** | |

# EXHIBIT C

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit C — Greg Loarie Fees-on-Fees Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 7/8/2019 | 0.3 | Corres. w/ Wall re costs, fees |
| 7/8/2019 | 1.2 | Drafted stip to extend atty fee deadline, corres. w/ counsel re same |
| 7/9/2019 | 0.4 | Corres. w/ counsel re fee stip |
| 7/9/2019 | 0.4 | Corres. w/ clients re fees/costs |
| 7/10/2019 | 0.5 | Corres. w/ counsel re EAJA stip, follow up w/ Wall |
| 7/10/2019 | 1.0 | Research re EAJA, pulling together draft application |
| 7/18/2019 | 0.3 | TC w/ Wall re time records, fee deadline, follow up |
| 8/5/2019 | 0.2 | Corres. w/ Robinson-Dorn re fees, next steps |
| 8/6/2019 | 0.8 | Corres. w/ potential declarants |
| 8/7/2019 | 0.8 | Corres. w/ declarants re rates, experience |
| 8/8/2019 | 0.3 | Follow up w/ Grossman Palmer re dec |
| 8/9/2019 | 0.4 | Corres. w/ Wall re time records, EBJ |
| 8/9/2019 | 1.7 | Drafted fee motion |
| 8/12/2019 | 0.5 | Email clients re EAJA app, next steps, update |
| 8/13/2019 | 0.7 | Edits to draft Angel Dec, corres. w/ Angel re same |
| 8/19/2019 | 0.6 | Corres. w/ Grossman Palmer re hourly rates, declaration |
| 8/19/2019 | 0.2 | Corres. w/ Robinson-Dorn re EAJA |
| 8/19/2019 | 1.0 | Drafted Dec |
| 8/20/2019 | 0.8 | Corres. w/ Carstens re dec, edits to same |
| 8/21/2019 | 0.3 | Corres. w/ Keats re dec |
| 8/22/2019 | 0.5 | TC w/ Robinson-Dorn re fees, next steps |
| 8/22/2019 | 1.3 | Drafted fee motion |
| 8/27/2019 | 0.3 | Corres. w/ Keats re time, dec needs |
| 8/27/2019 | 1.7 | Research re court awards |
| 8/28/2019 | 0.4 | Reviewed Keats dec, revisions to same |
| 8/29/2019 | 1.2 | Drafted Dec |
| 9/3/2019 | 0.5 | Email counsel re EAJA motion, conference |
| 9/3/2019 | 0.4 | Corres. w/ Belenky, Prabhala re dec |
| 9/3/2019 | 1.8 | Drafted Loarie dec |
| 9/5/2019 | 0.3 | Corres. w/ declarants re finalizing decs, timing |
| 9/5/2019 | 1.6 | Drafted EAJA motion |
| 9/6/2019 | 2.0 | Drafted EAJA motion |
| 9/13/2019 | 0.3 | Corres. w/ Wall re Loarie Dec Exhibits |
| 9/13/2019 | 0.6 | Reviewed revised rate decs, corres. w/ co-counsel re same |
| 9/16/2019 | 3.3 | Drafted EAJA motion |
| 9/16/2019 | 0.5 | Corres. w/ Wall re other expenses, follow up |
| 9/17/2019 | 0.4 | Drafted Proposed Order |

*Center for Biological Diversity, et al. v. U.S. Bureau of Land Management, et al.*
**C.D. Cal., Case No. 17-8587**

**Exhibit C — Greg Loarie Fees-on-Fees Time**

| Date | Hours | Narrative |
|------|-------|-----------|
| 9/17/2019 | 2.3 | Drafted EAJA motion |
| 9/17/2019 | 0.2 | Corres. w/ Prabhala re finalizing dec |
| 9/19/2019 | 1.3 | Drafted EAJA motion |
| 9/19/2019 | 0.7 | Finalize rate and co-counsel decs |
| 9/20/2019 | 1.8 | Drafted EAJA motion |
| 9/20/2019 | 0.9 | Final edits to Loarie Dec |
| 9/23/2019 | 0.2 | Corres. w/ Wall re finalizing fees on fees time |
| **TOTAL** | **36.9** | |