GREGORY C. LOARIE (CA Bar No. 215859)
MARIE E. LOGAN (CA Bar No. 308228)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 • F: (415) 217-2040
E: gloarie@earthjustice.org • mlogan@earthjustice.org

LISA T. BELENKY (CA Bar No. 203225)
ARUNA M. PRABHALA (CA Bar No. 278865)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway Street, Suite 800
Oakland, CA 94612
T: (510) 844-7100 • F: (510) 844-7150
E: lbelenky@biologicaldiversity.org • aprabhala@biologicaldiversity.org

ADAM F. KEATS (CA Bar No. 191157)
CENTER FOR FOOD SAFETY
303 Sacramento Street, Floor 2
San Francisco, CA 94111
T: (415) 826-2770 • F: (415) 826-0507
E: akeats@centerforfoodsafety.org

*Counsel for Plaintiffs*

IN UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR FOOD SAFETY,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MGMT., *et al.*,<br><br>Defendants,<br><br>and<br><br>CADIZ, INC., *et al.*<br><br>Defendant-Intervenors. | Case No. 2:17-cv-08587-GW-AS<br><br>(Consolidated with Case No. 2:18-cv-06775-GW-AS)<br><br>**DECLARATION OF ARUNA M. PRABHALA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES**<br><br>Date: December 5, 2019<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu<br>Place: Courtroom 9D |

I, Aruna M. Prabhala, declare as follows:

1.    I have acted as counsel of record for Plaintiff Center for Biological Diversity throughout this action. I am submitting this declaration in support of Plaintiffs' motion for reasonable attorneys' fees and costs for work conducted in this matter. I have personal knowledge of all facts contained herein, and if called upon, could and would testify competently thereto.

2.    I keep contemporaneous time records for all litigation matters. A true and correct copy of my time records for this case is attached as Exhibit A. I have carefully reviewed these time records to ensure that all tasks and hours are accurate, reasonable, of the type normally billed to clients, and not redundant with work performed by co-counsel. My total time spent on this matter is 14.1 hours. As described in more detail below, I believe that the tasks and hours attached as Exhibit A were all reasonably spent and necessary to the prosecution of this case. As described more fully below, I believe that an hourly rate of $420 is appropriate, reasonable rate as measured by local market standards for award of fees under the Equal Access to Justice Act (EAJA) for an attorney of my experience.

**I.    Specialized Professional Knowledge and Skills and Reasonable Hourly Rate**

3.    I am Senior Attorney and Program Director of the Urban Wildlands program for the Center for Biological Diversity. I was admitted to practice law in the state of California in 2011 after graduating with honors from the University of Michigan School of Law. I have been admitted to practice in the Supreme Court of California, the US. District Court for the Northern and Central Districts of California and the Ninth Circuit Court of Appeals.

4.    From the fall of 2011 until now, I have practiced environmental law representing the Center for Biological Diversity and other environmental organization in federal and state court against government agencies for violating environmental laws.

5. In the last eight years, I have served as lead counsel on cases arising under National Environmental Policy Act, Administrative Procedure Act, the Endangered Species Act, the Clean Water Act, the California Environmental Quality Act and other laws. I had primary responsibility for case development, motion practice, brief writing and oral argument.

6. I have been counsel of record on dozens of environmental cases including, but not limited to, the following past cases: *Ctr. for Biological Diversity v. Cal. DOT*, 2013 U.S. Dist. LEXIS 178499 (N.D. Cal., 2013); *Ctr. for Biological Diversity v. United States Army Corps of Eng'rs*, 2015 U.S. Dist. LEXIS 76653 (C.D. Cal., 2015).

7. I was also one of the lead attorneys in *Center for Biological Diversity v. Department of Fish & Wildlife* (2015) 62 Cal. 4th 204, a California Supreme Court case addressing greenhouse gas emissions analysis under the California Environmental Quality Act. For my work on that case, my colleagues and I were subsequently awarded a *California Lawyer* Attorney of the Year award.

8. As a Senior Attorney and Director of the Urban Wildlands program, I supervise a team of attorneys, scientists and paralegal and help manage a docket of over 25 active lawsuits focusing on environmental issues. The Urban Wildlands program uses state and federal laws to stop unsustainable sprawl and development that threatens critical habitat, creates pollution, exhausts limited water supplies, worsens climate change and drives species extinction.

9. I have presented at numerous environmental law conferences and continuing legal education programs, including the Public Interest Environmental Law Conference in Eugene, Oregon and the Yosemite Environmental Law Conference hosted by the State Bar of California Environmental Law Section.

10. All of the knowledge and skills described above were utilized in my development and litigation of the current action on behalf of the Plaintiffs. My ability to successfully litigate the case was dependent upon many years of litigation experience,

none of which is included in my billing for this case.

11. I believe that the skill necessary to bring this lawsuit would not have been available to the Center for Biological Diversity at the EAJA rate of $125 per hour adjusted for inflation. In my eight years of practicing environmental law, I have become very familiar with most of the attorneys and law firms in California who would possess the expertise and ability to litigate this type of contingency case, and am certain that the Center for Biological Diversity would not be able to retain the services of any of these attorneys if their potential recovery was capped at the rate of about $200 per hour.

12. I do not believe it would have been possible for an attorney without specialized knowledge of the federal environmental and administrative law to successfully litigate the case. I believe, based on my work on previous fee motions, my research including a review of published and unpublished court decisions, information published in legal periodicals, and discussions with colleagues, that an hourly rate of $420 represents an appropriate hourly rate for a practitioner of my experience and skill in the Los Angeles area for the work on this action.

**II.   The Hours Billed on this Matter were Reasonable and Necessary**

13. I have carefully reviewed my time records to ensure that all tasks and hours are accurate, reasonable, of the type normally billed to clients and not redundant with work performed by co-counsel. In the exercise of my billing judgment for this fee motion I have eliminated entirely hours from my time records, including all time I spent performing tasks that could arguably be construed as clerical or otherwise not normally billed by an attorney to fee-paying clients and time that could arguably be construed as duplicative with co-counsel.

14. My remaining time records, attached as Exhibit A, represent work that was absolutely necessary to the most efficient and effective prosecution of each stage of this case. In total, I have billed for 14.1 hours on this case. I believe that all of these hours were absolutely necessary to the litigation of this matter and were reasonably expended.

1 |       I declare under penalty of perjury that the foregoing is true and collect and was executed in Oakland, California.

DATED: Sept. __17__, 2019

_____
Aruna M. Prabhala

Exhibit A

| Date | Time Spent | Work Completed |
|---|---|---|
| 10/17/2017 | 1.8 | Research potential claims for litigation and overall litigation strategy |
| 10/18/2017 | 0.7 | Call with co-counsel to discuss upcoming litigation |
| 10/19/2017 | 1.2 | Research potential claims for litigation and review relevant project documents |
| 10/30/2017 | 1.5 | Review draft complaint; call with co-counsel |
| 11/7/2017 | 0.6 | Review draft complaint |
| 11/9/2017 | 1.1 | Legal research for complaint; revise complaint |
| 11/16/2017 | 0.7 | Review and revise complaint |
| 11/17/2017 | 0.8 | Legal research for complaint; call with co-counsel |
| 11/27/2017 | 0.9 | Review complaint |
| 12/15/2017 | 0.3 | Call with co-counsel to discuss litigation |
| 1/31/2018 | 0.8 | Call with co-counsel to discuss motion to dismiss |
| 2/14/2018 | 0.6 | Call with co-counsel to discuss litigation strategy |
| 2/21/2018 | 0.2 | Prepare for and have call with co-counsel to discuss litigation |
| 2/26/2018 | 0.7 | Review and revise first amended complaint |
| 3/5/2018 | 0.1 | Review stipulation regarding scheduling |
| 4/4/2018 | 1 | Call with co-counsel to discuss litigation strategy |
| 4/24/2018 | 0.6 | Review and revise opp to MTD |
| 6/21/2018 | 0.3 | Call with co-counsel to discuss litigation |
| 8/17/2018 | 0.2 | Legal research for litigation strategy and potential new claim |

Total Hours   14.1